UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

              v.                            Case No. 05-cr-192-01-PB

<u>Harold Mayo</u>


<u>O R D E R</u>

The defendant, Harold Mayo, shall self-surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 pm on March 11, 2007.


SO ORDERED.



February 15, 2007                                   /s/ Paul Barbadoro
                                                               Paul Barbadoro
                                                               United States District Judge


cc:    Thomas McCue, Esq.
        Joseph Laplante, Esq.
        US Probation
        US Marshal